IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TODD A. JONES,

        Plaintiff,

v.                              CASE NO. C2-07-0587
                                JUDGE EDMUND A. SARGUS, JR.
                                MAGISTRATE JUDGE NORAH MCCANN KING

OHIO STATE UNIVERSITY, et al.,

        Defendants.

### ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

**IT IS SO ORDERED.**

6-22-2007
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

Dockets.Justia.com