## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**TODD A. JONES,**

> **Plaintiff,**

> **v.**

**OHIO STATE UNIVERSITY, et al.,**

> **Defendants.**

**CASE  NO. C2-07-0587**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

### ORDER

The undersigned hereby RECUSES himself from this case.  The Clerk shall use a random draw to assign a new judge to this case.

**IT IS SO ORDERED.**

_6 -22-2007_
**DATE**

_____
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**